Date of Arrest: **02/24**

# United States District Court
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Luis Alberto MEMIJE-Heredia<br>AKA: None Known<br>208562932<br>YOB: 1989<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. **25-01321MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 24, 2025, Defendant Luis Alberto MEMIJE-Heredia, an alien, was found in the United States at or near Ehrenberg, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Ysidro, California on or about November 20, 2019. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Schuyler Smith*

Sworn to before me and subscribed telephonically,

February 26, 2025    at    Yuma, Arizona
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

*Juan A. Saenz*
Signature of Complainant

Juan A. Saenz
Border Patrol Agent

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Luis Alberto MEMIJE-Heredia
AKA:  None Known
208562932

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 24, 2025, near Ehrenberg, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Del Rio, Texas on or about November 27, 2015. The Defendant has been removed on 5 previous occasions. The Defendant was most recently removed on or about November 20, 2019, through the port of San Ysidro, California.

Border Patrol Agents determined that on or about April 02, 2024, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Heather Dries.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Vincent Taite.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____February 26, 2025_____
Date

_____
Signature of Judicial Officer